In the Matter of the Claim of EDWARD MANY, Respondent, against WILLIAM A. BRADFORD et al., Appellants. STATE INDUSTRIAL BOARD, Respondent.

(Submitted January 15, 1935; decided February 26, 1935.)

*Jeremiah F. Connor* for appellants.

*John J. Bennett, Jr., Attorney-General (John R. O'Hanlon* of counsel), for State Industrial Board, respondent.

Order affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.